```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

GREGORY C. MILTON                )
         Petitioner,             )
                                 )   Civil Action No. 04-10580-MEL
         v.                      )
                                 )
METRO BOSTON INPATIENT UNIT OF   )
THE LEMUEL SHATTUCK HOSPITAL,    )
         Respondent.             )
```

MEMORANDUM AND ORDER

By Order dated March 17, 2004, petitioner's Application to Proceed Without Prepayment of Fees was Granted and the Court dismissed the Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus.  See Docket No. 3.

Now before the Court is a $5.00 check for payment of the $5.00 filing fee.  Because the Court already granted petitioner's Application to Proceed Without Prepayment of Fees and dismissed the petition, the Clerk will be directed to (1) return the check to petitioner and (2) enter a separate order of dismissal.

Based upon the foregoing, it is hereby

ORDERED, the Clerk shall return the $5.00 check to petitioner; and it is further

ORDERED, the Clerk shall enter a separate order of dismissal in accordance with this Court's order dated March 17, 2004.

SO ORDERED.

Dated at Boston, Massachusetts, this 30th day of March, 2004

/s/ Morris E. Lasker

MORRIS E. LASKER
UNITED STATES SENIOR DISTRICT JUDGE