```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

GREGORY C. MILTON                )
        Petitioner,        )
                                )   Civil Action No. 04-10580-MEL
        v.                       )
                                )
METRO BOSTON INPATIENT UNIT OF   )
THE LEMUEL SHATTUCK HOSPITAL,    )
        Respondent.         )

## ORDER OF DISMISSAL

In accordance with this Court's orders dated March 17, 2004 and March 30, 2004, it is ORDERED that the within action be and it is hereby dismissed.

                                            Morris E. Lasker
                                            United States District Judge

Date: April 2, 2004          By /s/ Barbara Morse
                                  Deputy Clerk