UNITED STATES DISTRICT COURT DISTRICT OF
MASSACHUSETTS

Civil Action No. 04-10580-MEL

**GREGORY C. MILTON**
Petitioner, Pro'Se

7/20/04 11:43:17 AM

v.

**METRO BOSTON INPATIENT UNITS OF
THE LEMUEL SHATTUCK HOSPITAL,**
Respondent.

MOTION FOR CERTIFICATE OF APPEALABILITY

( 1. ) ORDERED, The petition for writ of habeas corpus under section 2254 was dismissed at Boston Massachusetts, this 17th day of March, 2004 by MORRIS E. LASKER UNITED STATES SENIOR DISTRICT JUDGE. Plaintiff ( Milton ) wishes to appeal the decision to the 1st circuit court of appeals. ( " My name is Gregory C. Milton. I am a patient on a MBMHU psychiatric ward run by Bay Cove .I have been committed to unit 9 north for approximately 1 year now and it is a locked down unit. I cannot go and come as I please, each time I leave the unit I must have special permission and I have to sign a log book stating the time of departure and the time of return. If I come back late from my alloted time thats a penalty for me, and then I will be restricted to the ward until further notice. and I can't stay out past 9:00 pm  unless I have a Pass and special permission from my Doctor. I am still a prisoner in this D.M.H.facility. My position is that I am still in state custody but not behind bars. Please see W. Roxbury District Court Docket No: 0306MH0150...In my honest opinion I feel that Judge Morris E. Lasker erred when he denied my petition for a writ of habeas corpus pursuant to 28 U.S.C.A. Section 2254." ) See Heck v. Humphrey ( Cite as: 512 U.S. 477, 114 S.Ct. 2364 ) Preiser v. Rodriguez, 411 U.S. 475, 93 S.Ct. 1827, 36 L.Ed.2d 439 ( 1973 )    See  Wolff v. McDonnell, 418 U.S. 539

94 S.Ct. 2963, 41 L.Ed.2d 935 ( 1974 )   See also *Carey v. Piphus*, 435 U.S. 247 ,266 ,98 S.Ct. 1042, 1054, 55 L.Ed2d 252 ( 1978 ). See ante, at 2372-2373, and n. 7.   *Collins v. Hardyman,* 341 U.S. 651, 657 71 S.Ct. 937, 939 95 L.Ed. 1253 ( 1951 ).  See *Mitchum v. Foster, supra,* 407 U.S. at 240, 92 S.Ct., at 2161:   See also *Dennis v. Higgins,* 498 U.S. 439, 443, 445, 111 SCt. 865, 868, 869-870, 112 L.Ed.2d 969 ( 1991 )  ( quoting *Monell v. New York City Dept. of Social Servs.,* 436 U.S. 658, 700-701, 98 S.Ct. 2018, 2040- 2041, 56 L.Ed.2d 611 ( 1978 ).  See Baxstrom v. Herold ( Cite as: 383 U.S. 107, 86 S.Ct. 760 ) ( Equal Protection ).

( 2. ) WHEREFORE, the plaintiff petitioner request that this court: Grant habeas corpus relief.

*Gregory Milton*
THE PLAINTIFF

Gregory C. Milton
Lemuel Shattuck Hospital
170 Morton Street
Jamaica Plain, Ma 02130
ssPhone:617-524-9499

Case No. 4-1903

Johnson v. FAIR

Cite as 697 F. Supp. 567 (D. Mass. 1988) (Because defendants have moved to dismiss several claims, we read Johnson's complaint in a "favorable light," Emery v. Merrimack Valley Wood Prod., Inc., 701 F.2d 985, 986 (1st Cir. 1983)

MANDAMUS