# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 04-1903

USDC Docket Number: 04-cv-10580

Gregory C. Milton

v.

Metro Boston Inpatient Units of The Lemuel Shattuck Hospital

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered 10 are original pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on August 20, 2004.

Tony Anastas, Clerk of Court

By: _____

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 8/20/04

_____
Deputy Clerk, US Court of Appeals

[cv: supplapprec.] [cr: ksupplapprec.]