CERTIFIED COPY

# United States Court of Appeals
## For the First Circuit

No. 04-1903
D.C. #04-10580
J. Lasker

GREGORY C. MILTON,

Petitioner, Appellant,

v.

METRO BOSTON INPATIENT UNIT OF THE LEMUEL SHATTUCK HOSPITAL,

Respondent, Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON MA
DEC 06 2004
By: _____ Date: _____

Before

Torruella, <u>Circuit Judge</u>,
Stahl, <u>Senior Circuit Judge</u>,
and Howard, <u>Circuit Judge</u>.

JUDGMENT

Entered: December 6, 2004

Because petitioner's § 2254 petition sought to attack a 1988 fine only conviction -- and not the means by which he came to be presently confined in a psychiatric unit -- the district court correctly dismissed the § 2254 petition since petitioner is not in custody pursuant to the judgment being attacked. The request for a certificate of appealability is <u>denied</u>, and the appeal is <u>terminated</u>. All other forms of relief are <u>denied</u>.

By the Court:

Richard Cushing Donovan, Clerk.

By: _____**MARGARET CARTER**_____
　　　　Chief Deputy Clerk.

Certified Copy to Hon. Morris E. Lasker
Certified Copy to Mr. Ruane, Acting Clerk USDC

cc:  Mr. Milton & Ms. Atryzek